**DISMISS and Opinion Filed August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00796-CV

**ALLIANCE/AFT, Appellant**

**V.**

**DALLAS INDEPENDENT SCHOOL DISTRICT, ERIC COWAN, IN HIS OFFICIAL CAPACITY, LEW BLACKBURN, IN HIS OFFICIAL CAPACITY, CARLA RANGER, IN HER OFFICIAL CAPACITY, DAN MICCICHE, IN HIS OFFICIAL CAPACITY, ELIZABETH JONES, IN HER OFFICIAL CAPACITY, MIKE MORATH, IN HIS OFFICIAL CAPACITY, NANCY BINGHAM, IN HER OFFICIAL CAPACITY, MIGUEL SOLIS, IN HIS OFFICIAL CAPACITY, AND BERNADETTE NUTALL, IN HER OFFICIAL CAPACITY, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06281**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140796F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ALLIANCE/AFT, Appellant

No. 05-14-00796-CV          V.

DALLAS INDEPENDENT SCHOOL
DISTRICT, ERIC COWAN, IN HIS
OFFICIAL CAPACITY, LEW
BLACKBURN, IN HIS OFFICIAL
CAPACITY, CARLA RANGER, IN HER
OFFICIAL CAPACITY, DAN MICCICHE,
IN HIS OFFICIAL CAPACITY,
ELIZABETH JONES, IN HER OFFICIAL
CAPACITY, MIKE MORATH, IN HIS
OFFICIAL CAPACITY, NANCY
BINGHAM, IN HER OFFICIAL
CAPACITY, MIGUEL SOLIS, IN HIS
OFFICIAL CAPACITY, AND
BERNADETTE NUTALL, IN HER
OFFICIAL CAPACITY, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-06281.
Opinion delivered by Justice FitzGerald.
Justices Moseley and O'Neill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, DALLAS INDEPENDENT SCHOOL DISTRICT, ERIC
COWAN, IN HIS OFFICIAL CAPACITY, LEW BLACKBURN, IN HIS OFFICIAL
CAPACITY, CARLA RANGER, IN HER OFFICIAL CAPACITY, DAN MICCICHE, IN HIS
OFFICIAL CAPACITY, ELIZABETH JONES, IN HER OFFICIAL CAPACITY, MIKE
MORATH, IN HIS OFFICIAL CAPACITY, NANCY BINGHAM, IN HER OFFICIAL
CAPACITY, MIGUEL SOLIS, IN HIS OFFICIAL CAPACITY, AND BERNADETTE
NUTALL, IN HER OFFICIAL CAPACITY, recover their costs of this appeal from appellant,
ALLIANCE/AFT.

Judgment entered August 7, 2014